IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDAYI CEBE**, *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **BISOFT INC.**, *et al.*, | : | No. 25-cv-4973 |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this **5th** day of **December 2025**, upon consideration of Defendants' Motion to Dismiss (ECF No. 13), Plaintiffs' Opposition (ECF No. 14), and the docket, it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 13) is **GRANTED**. Accordingly, the breach-of-contract claim against Defendant Muchivolu, the conversion claims in their entirety, and the fraud claims in their entirety are dismissed without prejudice.

2. The only claim that remains is a breach-of-contract claim against Defendant Bisoft, Inc. Defendant Bisoft, Inc. shall answer the remaining breach-of-contract claim on or before **December 19, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**