**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FEDAYI CEBE**, *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BISOFT INC.**, *et al.*, | : | **No. 25-cv-4973** |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **31st** day of **March 2026**, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 37), Plaintiffs' Opposition (ECF No. 40), Defendants' Reply (ECF No. 41), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Partial Motion to Dismiss (ECF No. 37) is **GRANTED**.

2. Defendants shall **ANSWER** Plaintiffs' remaining claim for breach of contract (Count III), asserted against Defendant Bisoft Inc., on or before **April 14, 2026**.

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
> _____
> **CHAD F. KENNEY, JUDGE**