**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FEDAYI CEBE, *et al.*,** | : | **CIVIL ACTION** |
| ***Plaintiffs*,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BISOFT INC., *et al.*,** | : | **No. 25-cv-4973** |
| ***Defendants*.** | : | |

**ORDER**

**AND NOW**, this **29th** day of **July 2026**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 49), Plaintiffs' Opposition (ECF No. 51), Plaintiffs' Exhibits for Summary Judgment (ECF No. 50), and Defendant's Reply (ECF No. 52), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 49) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.
2. Defendants shall **REVIEW** the Scheduling Order in this case (ECF No. 20).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**